## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>Marco Vasquez-Sanchez (3),<br><br>　　　　　　　　　　Defendant. | Case No. 23-cr-00237-TWR<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>JUL 1 3 2023<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY　　　　　DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

18:1956(h), 1956(a)(2)(B)(i); 18:982, 21:853 - Conspiracy to Launder Monetary Instruments; Criminal Forfeiture

Dated: 7/13/2023

*Barbara Major*

Hon. Barbara L. Major
United States Magistrate Judge